**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1082**

———————————

In Re:  WILLIAM J. JARVIS,

                                                  Debtor.

_____

WACHOVIA BANK, successor to Central Fidelity
National Bank,

                                        Creditor - Appellee,

          versus

WILLIAM J. JARVIS,

                                        Debtor - Appellant,

          and

EVELYN K. KRIPPENDORF, Trustee,

                                        Party in Interest.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-98-373-R, BK-98-1817-RKR-7)

———————————

Submitted:  June 22, 1999          Decided:  July 13, 1999

———————————

Before MOTZ and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Gary M. Bowman, Roanoke, Virginia, for Appellant.  Paul M. Black, WETHERINGTON, MELCHIONNA, TERRY, DAY & AMMAR, P.C., Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William J. Jarvis appeals from the district court's order dismissing as moot his appeal from the bankruptcy court's order granting Wachovia's motion for relief from stay, 11 U.S.C. § 362(f) (1994).  Our review of the record and the opinions below discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court. See Wachovia Bank v. Jarvis, Nos. CA-98-373-R; BK-98-1817-RKR-7 (W.D. Va. Dec. 16, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED